THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ARTHUR NEAL FOSTER, Defendant-Appellant.

(No. 56674;

First District—May 30, 1972.

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Themis N. Karnezis, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL LEWIS, a/k/a Mike O'Flynn (Impleaded) *et al.*, Defendants-Appellants.

(Nos. 55656, 55673 cons.;

First District—May 30, 1972.